IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| JUAN URIBE | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:11-CV-413 |
| JOHN B. FOX | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Juan Uribe, a federal prisoner formerly confined at the U.S. Penitentiary in Beaumont, Texas, proceeding *pro se,* filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the petition be dismissed without prejudice as moot as petitioner has been released from custody.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered

---

[1] A copy of the Report and Recommendation was returned with the notation that petitioner had "gone home." Petitioner has failed to update this Court with his current address.

in this case accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **2** day of **May, 2013.**

                                                              Ron Clark, United States District Judge